IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN EUBANKS,

    Plaintiff,

vs.                               CASE NO.: 1:08-cv-154-SPM/GRJ

RJ REYNOLDS TOBACCO COMPANY,

    Defendant.

_____/

## ORDER EXTENDING STAY

Upon consideration of the Defendant's Status Report (doc. 22), which requests that the Court extend the current stay, the Plaintiff having offered no objection, and good cause having been found, it is hereby

ORDERED AND ADJUDGED:

1.     The stay is extended to December 5, 2011.

2.     On or before December 5, 2011, the Parties shall file a status report apprising the Court of the status of the remand of the *Brown* case, and the effect thereof as to the present case. Upon review of the status report, the Court shall continue the stay or enter a new scheduling order.

DONE AND ORDERED this thirtieth day of June, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge