IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EVELYN EUBANKS,

    Plaintiff,

vs.                           CASE NO.: 1:08-cv-154-SPM/GRJ

RJ REYNOLDS TOBACCO COMPANY,

    Defendant.

_____/

## ORDER EXTENDING STAY

Upon consideration of the Defendant's status report (doc. 29), which requests that the Court extend the current stay, and good cause having been found, it is hereby

ORDERED AND ADJUDGED:

1. The stay is extended to September 4, 2012.

2. On or before September 4, 2012, the Parties shall file a status report apprising the Court of the status of the *Engle*-progeny cases, and the effect thereof as to the present case. Upon review of the status report, the Court shall continue the stay or enter a new scheduling order.

DONE AND ORDERED this 5th day of June, 2012.

                            *S/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Senior United States District Judge