**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

EVELYN EUBANKS,

       Plaintiff,

v.                          CASE NO.: 1:08cv154-SPM/GRJ

R.J. REYNOLDS TOBACCO COMPANY,

       Defendant.

_____/

## ORDER CONTINUING STAY

       This cause is before the court upon the Defendant R.J. Reynold Tobacco Company's Notice of Filing Status Report. (Doc. 33). In the report, the Defendant requests to continue the stay in this case. The Plaintiff has been given ample amount of time to oppose the continuance of the stay but has chosen not to do so. Upon consideration, it is hereby ORDERED that the stay is continued and extended until March 29, 2013. Thereafter, the stay is lifted.

       **SO ORDERED** this 20th day of December, 2012.


                          s/ *M. Casey Rodgers*

                          **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**